20414 32469

MARK B. CONNELY/S.B.# 125693
HALL, HIEATT & CONNELY, LLP
1319 Marsh Street, Second Floor
San Luis Obispo, CA 93401
Telephone: (805) 544-3830
Facsimile: (805) 544-5329
connely@hhc-slo.com

Attorneys for Plaintiffs
Joan Shelley, Michelle Loftis, Sandra Hoyopatubbi

# IN THE UNITED STATED DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAN SHELLEY, MICHELLE LOFTIS, SANDRA HOYOPATUBBI,<br><br>Plaintiffs,<br>vs.<br><br>COUNTY OF SAN JOAQUIN; SHERIFF STEVE MOORE, IN HIS OFFICIAL CAPACITY AS SHERIFF OF SAN JOAQUIN COUNTY AND STEVE MOORE, INDIVIDUALLY; DOES 1 TO 100<br><br>Defendants | CASE No. 2:13-CV-00266-MCE-DAD<br><br>STIPULATION TO CONTINUE MOTION TO DISMISS<br><br>Date: May 2, 2013<br>Time: 2:00 p.m.<br>Courtroom: 7<br>Judge: Hon. Morrison C. England, Jr. |

The parties hereby stipulate and agree, through their respective attorneys, that the hearing on the defendants' Motion to Dism iss, currently scheduled for May 2, 2013, at 2:00 p.m, may be continued to May 23, 2013, at 2:00 p.m  The parties agree that the deadline for both the plaintiffs' Opposition to the Motion to Dismiss and the defendants' Reply may be continued pursuant to the new hearing date.  Good cause exists to continue the hearing date     and deadline for opposition, as counsel for plaintiffs is currently out of the country until April 28th, and is scheduled to

///

---

**STIPULATION TO CONTINUE
MOTION TO DISMISS**                                                    1

immediately start trial in another matter on April 29 th, and is therefore unable to prepare a timely opposition to the motion.

Dated: April __, 2013     HALL, HIEATT & CONNELY, LLP

By: /s/
Mark B. Connely, Esq.
Attorneys for Plaintiffs
Joan Shelley, Michelle Loftis, and
Sandra Hoyopatubbi

Dated: April ____, 2013   MAYALL HURLEY P.C.

By: /s/
Mark E. Berry, Esq.
Attorneys for Defendants
County of San Joaquin; Sheriff Steve Moore, in his
Official Capacity as Sheriff of San Joaquin County
and Steve Moore, Individually

## ORDER

Good cause appearing, the Court hereby orders that the hearing on the defendants' Motion to Dismiss is continued from May 2, 2013 to May 30, 2013, at 2:00 p.m. in Courtroom 7. The deadline for the Plaintiffs to file their opposition and for the Defendants to file their reply brief is hereby continued in accordance with the new hearing date.

Date: April 26, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

STIPULATION TO CONTINUE
MOTION TO DISMISS                 2