MARK B. CONNELY/S.B.# 125693
HALL, HIEATT & CONNELY, LLP
1319 Marsh Street, Second Floor
San Luis Obispo, CA 93401
Telephone:  (805) 544-3830
Facsimile: (805) 544-5329
connely@hhc-slo.com

Attorneys for Plaintiffs
Joan Shelley, Michelle Loftis, Sandra Hoyopatubbi

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAN SHELLEY, MICHELLE LOFTIS, SANDRA HOYOPATUBBI, | ) CASE No.  2:13-CV-00266-MCE-DAD )  ) AMENDED STIPULATION TO ) CONTINUE MOTION TO DISMISS |
| Plaintiffs, | ) ) |
| vs. | ) ) Date: October 3, 2013 |
| COUNTY OF SAN JOAQUIN; SHERIFF STEVE MOORE, IN HIS OFFICIAL CAPACITY AS SHERIFF OF SAN JOAQUIN COUNTY AND STEVE MOORE, INDIVIDUALLY; DOES 1 TO 100 | ) Time:  2:00 p.m. ) Courtroom:  7 ) Judge:  Hon. Morrison C. England, Jr. ) ) ) ) |
| Defendants. | ) ) |

The parties hereby stipulate and agree, through their respective attorneys, that the hearing on the defendants' Motion to Dismiss, currently scheduled for October 3, 2013, at 2:00 p.m., may be continued to November 14, 2013, at 2:00 p.m.  The parties agree that the deadline for both the plaintiffs' Opposition to the Motion to Dismiss and the defendants' Reply may be continued pursuant to the

new hearing date.  Good cause exists to continue the hearing date and deadline for opposition, as counsel for plaintiffs is currently out of the office due to depositions for an upcoming trial in Santa Barbara and most likely in trial during the following two weeks; and then out of the country on vacation from October 3 to 12th, and is therefore unable to prepare a timely opposition to the motion.

Dated:  September __, 2013        HALL, HIEATT & CONNELY, LLP


                                  By:_____/s/___Mark B. Connely, Esquire
                                     Mark B. Connely, Esq.
                                     Attorneys for Plaintiffs
                                     Joan Shelley, Michelle Loftis, and
                                     Sandra Hoyopatubbi


Dated: September ____, 2013    MAYALL HURLEY P.C.


                                  By:___/s/___Mark E. Berry, Esquire as authorized on
                                     September 18, 2013
                                     Mark E. Berry, Esq.
                                     Attorneys for Defendants
                                     County of San Joaquin; Sheriff Steve Moore, in his
                                     Official Capacity as Sheriff of San Joaquin County
                                     and Steve Moore, Individually

ORDER

Good cause appearing, the Court hereby orders that the hearing on the defendants' Motion to Dismiss is continued from October 3, 2013 to November 14, 2013, at 2:00 p.m. in Courtroom 7.  The deadline for the plaintiffs to file their opposition and for the defendants to file their reply brief is hereby continued in accordance with the new hearing date.

IT IS SO ORDERED.

Dated:  September 26, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

.