1  MARK B. CONNELY/S.B.# 125693
2  HALL, HIEATT & CONNELY, LLP
3  1319 Marsh Street, Second Floor
   San Luis Obispo, CA 93401
4  Telephone: (805) 544-3830
5  Facsimile: (805) 544-5329
   connely@hhc-slo.com
6
7  Attorneys for Plaintiffs
8  Joan Shelley, Michelle Loftis, Sandra Hoyopatubbi

9
10           IN THE UNITED STATES DISTRICT COURT
11           EASTERN DISTRICT OF CALIFORNIA

12
13 | JOAN SHELLEY, MICHELLE         ) CASE No. 2:13-CV-00266-MCE-DAD
   | LOFTIS, SANDRA                 )
14 | HOYOPATUBBI,                   ) STIPULATION TO CONTINUE
   |                                ) MOTION TO DISMISS
15 |              Plaintiffs,       )
16 | vs.                            )
   |                                ) Date: November 18, 2013
17 |                                ) Time: 2:00 p.m.
   | COUNTY OF SAN JOAQUIN;         ) Courtroom: 7
18 | SHERIFF STEVE MOORE, IN        ) Judge: Hon. Morrison C. England, Jr.
19 | HIS OFFICIAL CAPACITY AS       )
   | SHERIFF OF SAN JOAQUIN         )
20 | COUNTY AND STEVE MOORE,        )
21 | INDIVIDUALLY; DOES 1 TO 100    )
   |                                )
22 |              Defendants.       )
23 _____

24
25      The parties hereby stipulate and agree, through their respective attorneys,
26 that the hearing on the defendants' Motion to Dismiss, currently scheduled for
27 November 18, 2013, at 10:00 a.m., may be continued to November 20, 2013, at
28 2:00 p.m. The parties agree that the deadline for both the plaintiffs' Opposition to

STIPULATION TO CONTINUE
MOTION TO DISMISS

the Motion to Dismiss and the defendants' Reply may be continued pursuant to the new hearing date. Good cause exists to continue the hearing date and deadline for opposition, as counsel for plaintiffs is scheduled to be in Los Angeles for a deposition on November 18, 2013, and is therefore unable to attend the newly set motion.

Dated: November 12, 2013       HALL, HIEATT & CONNELY, LLP

By: _____
Mark B. Connely, Esq.
Attorneys for Plaintiffs
Joan Shelley, Michelle Loftis, and
Sandra Hoyopatubbi

Dated: November 12, 2013       MAYALL HURLEY P.C.

By: _____
Mark E. Berry, Esq.
Attorneys for Defendants
County of San Joaquin; Sheriff Steve Moore, in his
Official Capacity as Sheriff of San Joaquin County
and Steve Moore, Individually

# [PROPOSED] ORDER

Good cause appearing, the Court hereby orders that the hearing on the defendants' Motion to Dismiss is continued from November 18, 2013 to November 20, 2013, at 2:00 p.m. in Courtroom 7. The deadline for the plaintiffs to file their opposition and for the defendants to file their reply brief is hereby continued in accordance with the new hearing date.

Dated: _____, 2013    _____
                                   HON. MORRISON C. ENGLAND, JR.

STIPULATION TO CONTINUE
MOTION TO DISMISS