**MAYALL HURLEY, P.C.**
A Professional Corporation
2453 Grand Canal Boulevard, Second Floor
Stockton, California 95207-8253
Telephone (209) 477-3833
MARK E. BERRY, ESQ.
CA State Bar No. 155091
DERICK KONZ, ESQ.
CA State Bar No. 286902

Attorneys for Defendants,
COUNTY OF SAN JOAQUIN and SHERIFF STEVE MOORE, IN HIS OFFICIAL CAPACITY AS SHERIFF OF SAN JOAQUIN COUNTY AND STEVE MOORE, INDIVIDUALLY

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAN SHELLEY, MICHELLE LOFTIS, SANDRA HOYOPATUBBI,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN JOAQUIN; SHERIFF STEVE MOORE, IN HIS OFFICIAL CAPACITY AS SHERIFF OF SAN JOAQUIN COUNTY AND STEVE MOORE, INDIVIDUALLY; DOES 1 TO 100,<br><br>Defendants. | **Case No. 2:13-CV-00266-MCE-DAD**<br><br>**ORDER**<br><br>**Judge: Hon. Morrison C. England, Jr.** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the document, **Declaration Of Sergeant Chanda Bassett Re: Status Of Criminal Investigation**, shall be filed under seal.

IT IS SO ORDERED.

Dated: January 24, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

1