1
2
3
4

**MARK B. CONNELY/S.B.# 125693**
**HALL, HIEATT & CONNELY, LLP**
1319 Marsh Street, Second Floor
San Luis Obispo, CA 93401
Telephone: (805) 544-3830
Facsimile: (805) 544-5229
connely@hhc-slo.com

5

Attorneys for Plaintiffs
Joan Shelley, Michelle Loftis, Sandra Hoyopatubbi

6

7
8
9
10

**MAYALL HURLEY, P.C.**
A Professional Corporation
2453 Grand Canal Boulevard, Second Floor
Stockton, California 95207-8253
Telephone (209) 477-3833
MARK E. BERRY, ESQ.
CA State Bar No. 155091

11
12

Attorneys for Defendant,
COUNTY OF SAN JOAQUIN

13

14

15

### UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

16
17

**JOAN SHELLEY, MICHELLE LOFTIS,
SANDRA HOYOPATUBBI,**

18

                          **Plaintiffs,**

19

**vs.**

20

**COUNTY OF SAN JOAQUIN; DOES 1 TO
100,**

21

                          **Defendants.**

22

23

24

No. **2:13-cv-00266-MCE-DAD**

**STIPULATION AND PROTECTIVE
ORDER**

25

          FOLLOWING MEET AND CONFER DISCUSSIONS, IT IS HEREBY AGREED AND

26

STIPULATED BETWEEN THE PLAINTIFFS and the COUNTY OF SAN JOAQUIN that the

27

documents produced by the COUNTY OF SAN JOAQUIN pursuant to the Plaintiffs' request for

28

Page 1
**STIPULATION AND PROTECTIVE ORDER**

Production, Set #1 or subsequent productions, shall be governed by protective order.   It is understood that the documents produced by the defendant involve and open and ongoing criminal investigation and that the suspect in the murders described in the documents were all or in part at the hand of Wesley Shermantine.  Shermantine is currently housed on Death Row at San Quentin State Prison, San Quentin, California.  It is understood that Shermantine has an appeal(s) of his criminal conviction pending and that the release of the produced documents may negatively interfere with Shermantine's appeal process or negatively interfere with the continuing investigative efforts of the San Joaquin County Sheriff's Office or other law enforcement agency(s).

The produced documents shall be used by the parties solely for the purpose of prosecuting and defending the above captioned case.  The documents shall not be duplicated, reproduced, transmitted, or communicated to any person or entity for any reason whatsoever excepting plaintiff's counsel; plaintiffs; declared experts pursuant to the plaintiffs' Rule 26 disclosure; deposition witnesses at the time of deposition;  trial witnesses at the time of trial;  mediator or third party neutral; or the court.

The copying of the documents is to be conducted in-house and shall not be done by outside third party vendors.

This Order shall constitute a protective order pursuant to Federal Rules of Civil Procedure 26(c) and shall be enforceable as set forth therein.     Plaintiffs' counsel shall advise the plaintiffs, experts and others of this Protective Order and its effect.

///

///

///

///

///

_____

Page 2

**STIPULATION AND PROTECTIVE ORDER**

STIPULATED AND AGREED:


DATED:  September 11, 2014          **HALL HIEATT & CONNELY, LLP**



                                    By  _/s/ Mark B. Connely_ (as authorized on 9/11/14)
                                        Mark B. Connely, Esq.
                                        Attorneys for Plaintiffs,
                                        Joan Shelley, Michelle Loftis, and
                                        Sandra Hoyopatubbi



DATED: September 11, 2014           **MAYALL HURLEY, P.C.**



                                    By  _/s/ Mark E Berry_                        _
                                        Mark E. Berry, Esq.
                                        Attorneys for Defendant,
                                        County of San Joaquin


                        <u>**ORDER**</u>

        Pursuant to the parties' stipulation, **IT IS SO ORDERED.**

Dated:  September 24, 2014

                        _Dale A. Drozd_
                        _____
                        DALE A. DROZD
                        UNITED STATES MAGISTRATE JUDGE


Dad1\orders.civil\shelley0266.stip.prot.ord.doc

_____
Page 3
**STIPULATION AND PROTECTIVE ORDER**