**MARK B. CONNELY/S.B.# 125693**
**HALL, HIEATT & CONNELY, LLP**
1319 Marsh Street, Second Floor
San Luis Obispo, CA 93401
Telephone: (805) 544-3830
Facsimile: (805) 544-5229
connely@hhc-slo.com

Attorneys for Plaintiffs
Joan Shelley, Michelle Loftis, Sandra Hoyopatubbi

**MAYALL HURLEY, P.C.**
A Professional Corporation
2453 Grand Canal Boulevard, Second Floor
Stockton, California 95207-8253
Telephone (209) 477-3833
MARK E. BERRY, ESQ.
CA State Bar No. 155091
DERICK E. KONZ, ESQ.
CA State Bar No. 286902

Attorneys for Defendant,
COUNTY OF SAN JOAQUIN

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAN SHELLEY, MICHELLE LOFTIS, SANDRA HOYOPATUBBI, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF SAN JOAQUIN; DOES 1 TO 100, <br><br> Defendants. | Case No.: 2:13-CV-00266-MCE-DAD <br><br> STIPULATION AND ORDER TO VACATE THE JUNE 25, 2015 SETTLEMENT CONFERENCE AND RESET THE SETTLEMENT CONFERENCE FOR MARCH 10, 2016. |

FOLLOWING MEET AND CONFER DISCUSSIONS, IT IS HEREBY AGREED AND STIPULATED BETWEEN THE PLAINTIFFS and the COUNTY OF SAN JOAQUIN that the **June 25, 2015** Settlement Conference, currently set for 9:00 a.m. in Courtroom 26 with the Honorable Allison Claire, is vacated.

---

Stipulation And Order To Vacate The June 25, 2015 Settlement Conference And Reset The Settlement Conference For March 10, 2016.
**Page 1**

After confirmation of availability from the court, IT IS FURTHER HEREBY AGREED AND STIPULATED BETWEEN THE PLAINTIFFS and the COUNTY OF SAN JOAQUIN that a new Settlement Conference be set for **March 10, 2016** at 9:00 a.m. in Courtroom 26 with the Honorable Allison Claire.

STIPULATED AND AGREED:

DATED:  June 17, 2015				**HALL HIEATT & CONNELY, LLP**


					By   */s/ Mark B. Connely*
						Mark B. Connely, Esq.
						Attorneys for Plaintiffs,
						Joan Shelley, Michelle Loftis, and
						Sandra Hoyopatubbi


DATED: June 17, 2015				**MAYALL HURLEY, P.C.**


					By   */s/ Mark E. Berry*
						Mark E. Berry, Esq.
						Attorneys for Defendant,
						County of San Joaquin

///
///
///
///
///
///
///

---

Stipulation And Order To Vacate The June 25, 2015 Settlement Conference And Reset The Settlement Conference For March 10, 2016.
**Page 2**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The Settlement Conference set for June 25, 2015 is hereby vacated.

The Settlement Conference is hereby reset for March 10, 2016 at 9:00 a.m. in Courtroom 26 with the Honorable Allison Claire.

Confidential Settlement Conference Statements are to be submitted no later March 3, 2016. Statements are neither to be filed with the clerk nor served on opposing counsel. However, each party shall notify the other party that the statement has been submitted to the judge's chambers.

DATED: June 17, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE