MARK B. CONNELY/S.B.# 125693
HALL, HIEATT & CONNELY, LLP
1319 Marsh Street, Second Floor
San Luis Obispo, CA 93401
Telephone:  (805) 544-3830
Facsimile: (805) 544-5329
connely@hhc-slo.com

Attorneys for Plaintiffs,
Joan Shelley, Michelle Loftis, Sandra Hoyopatubbi

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAN SHELLEY, MICHELLE LOFTIS, SANDRA HOYOPATUBBI,<br><br>                         Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN JOAQUIN; SHERIFF STEVE MOORE, IN HIS OFFICIAL CAPACITY AS SHERIFF OF SAN JOAQUIN COUNTY AND STEVE MOORE, INDIVIDUALLY; DOES 1 TO 100<br><br>                         Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CASE No.  2:13-cv-00266-MCE-DAD

ORDER CONTINUING DATE FOR DESIGNATION OF EXPERT WITNESSES

Trial:   June 20, 2016
Time:  9:00 a.m.
Courtroom:  7
Judge:  Hon. Morrison C. England, Jr.

/ / /

/ / /

/ / /

/ / /

ORDER CONTINUING DATE
FOR DESIGNATION OF EXPERT WITNESSES

1

In accordance with the parties' stipulation, and good cause appearing, the Court hereby orders that the date for Designation of Expert Witnesses, as set forth in the Court's Pretrial Scheduling Order (ECF No. 41), is continued from October 20, 2015 to October 30, 2015.  All other dates contained in said Pretrial Scheduling Order remain unchanged.

IT IS SO ORDERED.


DATED:  October 22, 2015

_____
MORRISON C. ENGLAND, JR. CHIEF JUDGE
UNITED STATES DISTRICT COURT

_____
**ORDER CONTINUING DATE**
**FOR DESIGNATION OF EXPERT WITNESSES**