**MAYALL HURLEY, P.C.**
A Professional Corporation
2453 Grand Canal Boulevard, Second Floor
Stockton, California 95207-8253
Telephone (209) 477-3833
MARK E. BERRY, ESQ.
CA State Bar No. 155091
DERICK KONZ, ESQ.
CA State Bar No. 286902

Attorneys for Defendants,
COUNTY OF SAN JOAQUIN

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAN SHELLEY, MICHELLE LOFTIS, SANDRA HOYOPATUBBI,<br><br>           Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN JOAQUIN,<br><br>           Defendant. | Case No.: 2:13-cv-00266-MCE-DAD<br><br>ORDER ON DEFENDANT COUNTY OF SAN JOAQUIN'S APPLICATION FOR LEAVE TO FILE A MOTION FOR SUMMARY JUDGMENT THAT EXCEEDS TWENTY (20) PAGES |

Having considered Defendant COUNTY OF SAN JOAQUIN's application for leave to file an initial brief in support of their motion for summary judgment that exceeds the twenty (20) page limitation, the application is hereby GRANTED, good cause appearing therefor.

The page limitation for the initial brief in support of Defendant COUNTY OF SAN JOAQUIN's motion for summary judgment in the above-entitled action is hereby set at thirty-five (35) pages. A thirty-five (35) page limit shall also be imposed on Plaintiffs' opposition to the motion and a twenty (20) page limit imposed on defendants' reply brief in support of the motion.

IT IS SO ORDERED.

Dated: May 4, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT