MARK B. CONNELY/S.B.# 125693
HALL, HIEATT & CONNELY, LLP
1319 Marsh Street, Second Floor
San Luis Obispo, CA 93401
Telephone: (805) 544-3830
Facsimile: (805) 544-5329
connely@hhc-slo.com

Attorneys for Plaintiffs,
Joan Shelley, Michelle Loftis, Sandra Hoyopatubbi

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAN SHELLEY, MICHELLE LOFTIS, SANDRA HOYOPATUBBI,<br><br>             Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN JOAQUIN; SHERIFF STEVE MOORE, IN HIS OFFICIAL CAPACITY AS SHERIFF OF SAN JOAQUIN COUNTY AND STEVE MOORE, INDIVIDUALLY; DOES 1 TO 100<br><br>Defendants. | CASE No. 2:13-cv-00266-MCE-DAD<br><br>STIPULATION TO CONTINUE MOTION FOR SUMMARY JUDGMENT HEARING; ORDER THEREON<br><br><br>Trial:    11/14/16<br>Time:    9:00 a.m.<br>Dept.:    7<br>Judge:   Hon. Morrison C. England, Jr. |

TO THE COURT:

Plaintiffs, JOAN SHELLEY, MICHELLE LOFTIS and SANDRA HOYOPATUBBI, and defendant, COUNTY OF SAN JOAQUIN, by and through their attorneys of record, hereby stipulate and agree that the hearing on defendant's Motion for Summary Judgment, currently scheduled for July 14, 2016, be continued to August 11, 2016, at 2:00 p.m.  The parties agree that the deadline for both the plaintiffs' Opposition to the Motion to for Summary Judgment and the defendant's Reply may be continued pursuant to the new hearing date.  Good cause

exists to continue the hearing date and deadline for opposition, as counsel for plaintiffs was recently in Texas for eight days over a two week period for a personal family matter. Additionally, the length of defendant's Motion for Summary Judgement and accompanied Declarations and exhibits require more time and research. Therefore, additional time is needed for plaintiff's counsel to prepare an appropriate opposition to the motion.

Dated: June 10, 2016                    HALL, HIEATT & CONNELY, LLP

                                                    By:     /s/ Mark B. Connely
                                                             Mark B. Connely, Esq.
                                                             Attorneys for Plaintiffs

Dated: June 10, 2016                    MAYALL HURLEY, PC

                                                      By:     /s/ Derick E. Konz
                                                             Derick E. Konz, Esq.
                                                             Attorneys for Defendant

## ORDER

    Good cause appearing, the Court hereby orders that the Motion for Summary Judgment hearing date set forth in the Pretrial Conference Order, be continued from July 14, 2016 to August 11, 2016. Further, that the date for filing the Opposition to the Motion for Summary Judgment and Reply to the Opposition to Motion for Summary Judgment be continued pursuant to the new hearing date.

    Further, an Amended Scheduling Order reflecting the new Motion for Summary Judgment hearing date shall be forthcoming from the Court.

    IT IS SO ORDERED.

Dated:  June 14, 2016

                                                             MORRISON C. ENGLAND, JR
                                                             UNITED STATES DISTRICT JUDGE