| | |
|---|---|
| 1 | **HALL, HIEATT & CONNELY, LLP** |
| | MARK B. CONNELY |
| 2 | CA State Bar No. 125693 |
| | 1319 Marsh Street, Second Floor |
| 3 | San Luis Obispo, CA 93401 |
| | Telephone: (805) 544-3830 |
| 4 | Facsimile: (805) 544-5229 |
| 5 | connely@hhc-slo.com |
| 6 | Attorneys for Plaintiffs |
| | JOAN SHELLEY, MICHELLE LOFTIS, SANDRA HOYOPATUBBI |

**MAYALL HURLEY, P.C.**
A Professional Corporation
2453 Grand Canal Boulevard, Second Floor
Stockton, California 95207-8253
Telephone (209) 477-3833
MARK E. BERRY, ESQ.
CA State Bar No. 155091

Attorneys for Defendant,
COUNTY OF SAN JOAQUIN and SHERIFF STEVE MOORE,
In his official and individual capacities

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOAN SHELLEY, MICHELLE LOFTIS, SANDRA HOYOPATUBBI, | ) ) ) | Case No.: 2:13-cv-00266-MCE-DAD |
| Plaintiffs, | ) ) ) | STIPULATION FOR DISMISSAL AND NOTICE OF DISMISSAL AS TO CERTAIN DEFENDANTS; ORDER THEREON |
| vs. | ) ) | |
| COUNTY OF SAN JOAQUIN et al, | ) ) | |
| Defendants. | ) ) ) ) | |

TO THE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:

    Pursuant to Stipulation and <u>Fed. Rules Civ. Proc. Rule 41(1)(A)(i)</u>, plaintiffs MICHELLE LOFTIS and SANDRA HOYOPATUBBI only, herein dismiss COUNTY OF SAN JOAQUIN,

---
STIPULATION FOR DISMISSAL AND NOTICE OF DISMISSAL AS TO CERTAIN DEFENDANTS; ORDER THEREON
**Page 1**

SHERIFF STEVE MOORE, in his official capacity as Sheriff of San Joaquin County and STEVE MOORE, individually.

This Dismissal shall be with prejudice with each side to bear its own fees and costs.

DATED:  April 20, 2018        **HALL HIEATT & CONNELY, LLP**

By  */s/ Mark B. Connely*
    Mark B. Connely, Esq.
    Attorneys for Plaintiffs,
    Joan Shelley, Michelle Loftis, and
    Sandra Hoyopatubbi

DATED: April 20, 2018        **MAYALL HURLEY, P.C.**

By  */s/ Mark E. Berry*
    Mark E. Berry, Esq.
    Attorneys for Defendant,
    County of San Joaquin and
    Sheriff Steve Moore

## ORDER

In accordance with the foregoing stipulation, and good cause appearing, IT IS SO ORDERED.

Dated:  April 24, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE