```
1   MARK B. CONNELY/S.B. #125693
    HALL, HIEATT & CONNELY, LLP
2   1319 Marsh Street, Second Floor
    San Luis Obispo, CA 93401
3   Telephone: (805) 544-3830
4   Facsimile: (805) 544-5329
    connely@hhc-slo.com
5
    Attorneys for Plaintiff,
6   JOAN SHELLEY
```

                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAN SHELLEY, MICHELLE LOFTIS, SANDRA HOYOPATUBBI, | No. 2:13-cv-00266-MCE-DB |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT OF CASE AND REQUEST FOR DISMISSAL OF ACTION; ORDER THEREON** |
| COUNTY OF SAN JOAQUIN; SHERIFF STEVE MOORE, IN HIS OFFICIAL CAPACITY AS SHERIFF OF AN JOAQUIN COUNTY AND STEVE MOORE, INDIVIDUALLY; DOES 1-100, | |
| Defendant. | |

TO THE COURT AND ALL PARTIES HEREIN:

The parties reached an agreement to settle the above-referenced matter. As such, all of the final settlement documents and/or payments have been executed and exchanged. The remains of the descendent have been recovered and placed to rest. Therefore, plaintiff, JOAN SHELLEY, by and through her attorney of record hereby requests that this case be dismissed and closed.

1

| | | |
|---|---|---|
| Dated: January 22, 2019 | | HALL, HIEATT & CONNELY, LLP |

By: _____/S/_____
    MARK B. CONNELY
    Attorney for Plaintiff,
    JOAN SHELLEY

Dated: January 22, 2019            MAYALL HURLEY, P.C.

By: _____/S/_____
    MARK E. BERRY
    Attorney for Defendant,
    COUNTY OF SAN JOAQUIN

**ORDER**

Given the foregoing stipulation of counsel and good cause appearing, Plaintiff, JOAN SHELLEY's request to have this case dismissed and closed is hereby granted.

IT IS HEREBY ORDERED THAT this case is now dismissed and closed.

IT IS SO ORDERED.

Dated: January 28, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE